40 A.3d 1231

**L. Paul DIEFFENBACH, Jr., Petitioner**

v.

**CIGNA, INC., Respondent.**

Supreme Court of Pennsylvania.

March 27, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of March, 2012, the Applications for Leave to File Supplemental Pleadings and the Petition for Allowance of Appeal are hereby DENIED.